IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **AVERILL BRITTENUM and ARMITTIA BRITTENUM,**<br><br>       **Plaintiffs,**<br><br>vs.<br><br>**U.S. Bank, NA as Trustee, for STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BC4; PHH MORTGAGE CORPORATION, and WILSON & ASSOCIATES, P.L.L.C.,**<br><br>       **Defendants.** | **Case No.:**  _____<br><br>Removed from Shelby County Chancery Court, Case No. CH-23-0237 |

## NOTICE OF REMOVAL

Defendants U.S. Bank, NA as Trustee for Structured Assets Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC4 ("U.S. Bank") and PHH Mortgage Corporation ("PHH"), (collectively the "PHH Defendants"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby gives notice of the removal of the above-entitled action from the Chancery Court for Shelby County, Tennessee to the United States District Court for the Western District of Tennessee, Western Division. In support of this Notice of Removal, the PHH Defendants state as follows:

1.     On February 22, 2023, Plaintiffs Averill Brittenum and Armittia Brittenum ("Plaintiffs") filed a Petition for Declaratory and Injunctive Relief and Complaint for Damages (the "Complaint") in the Chancery Court for Shelby County, Tennessee, Case No. CH-23-0237.

1

2. Defendant U.S. Bank was served with the summons and a copy of the Complaint on February 28, 2023.

3. Defendant PHH was served with the summons and a copy of the Complaint on February 28, 2023.

4. On information and belief, Defendant Wilson & Associates, P.L.L.C. was served on or around February 28, 2023.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders in this action is attached hereto as **Exhibit 1.**

6. Removal is timely under 28 U.S.C. § 1446(b) because the instant Notice is filed within thirty days of service of the initial pleading on the PHH Defendants. *Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347–48 (1999).

7. This action is properly removable under 28 U.S.C. § 1441(a)–(b) because Plaintiff could have filed this action originally in this Court under 28 U.S.C. § 1331. Specifically, this is a civil action involving a federal question.

## FEDERAL QUESTION JURISDICTION

8. This action is properly removable under 28 U.S.C. § 1331 because [t]he district courts [] have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

9. In the Complaint, Plaintiffs assert five causes of action, one of which is for a purported violation of the Fair Debt Collection Practices Act, *see* 15 U.S.C. § 1692 ("FDCPA"). (*See* Compl. ¶¶25–28; 38.)

10. This Court has original jurisdiction over this federal claim pursuant to 28 U.S.C. § 1331.

11. This Court has supplemental jurisdiction over any other claims pursuant to 28 U.S.C. § 1367.

**ALL OTHER REQUIREMENTS FOR REMOVAL ARE SATISFIED**

12. The United States District Court for the Western District of Tennessee, Western Division, is the appropriate court for filing a notice of removal from the Chancery Court of Shelby County, Tennessee.

13. Pursuant to 28 U.S.C. § 1446(d), Defendants will file a copy of this notice of removal with the Clerk of the Chancery Court of Shelby County, Tennessee and will also provide a copy of this notice to Plaintiff.

WHEREFORE, PHH Defendants respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the Chancery Court of Shelby County, Tennessee to the United States District Court for the Western District of Tennessee, Western Division.

Respectfully submitted,

*/s/ Joshua D. Kleppin*
Heather H. Wright (BPR No. 30649)
Joshua D. Kleppin (BPR No. 39275)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: (615) 252-3854
F: (615) 252-6380
jkleppin@bradley.com

*Attorneys for U.S. Bank, NA as Trustee, for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC4, and PHH Mortgage Corporation.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was sent via U.S. mail, first class postage prepaid, and electronically filed with the Court on the following this 10th day of March, 2023:

| | |
|---|---|
| Webb A. Brewer (BPR No. 9030) | Wilson & Associates, P.L.L.C. |
| 3385 Airways Blvd., Suite 225 | 400 West Capitol Avenue |
| Memphis, TN 38116 | Suite 1400 |
| (901) 757-3360 | Little Rock, AR 72201 |
| (901) 757-3361 | |
| webbbrewer@comcast.net | |

*Attorney for Plaintiffs*

*/s/ Joshua D. Kleppin*
Joshua D. Kleppin

4