# OOPS!

*DOCUMENT ERRONEOUSLY ATTACHED.*